# CASE ANNOUNCEMENTS

*January 14, 2014*

[Cite as *01/14/2014 Case Announcements*, 2014-Ohio-79.]

## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2013–2005.   Duke Realty Ohio v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–1268.

**2013–2024.   Lorain City School Dist. Bd. of Edn. v. Lorain Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2011–3034 and 2011–3035.

**2013–2028.   George v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–460.

**2013–2053.   State ex rel. Turner Constr. Co. of Ohio v. Indus. Comm.**
Franklin App. No. 13AP–11, 2013-Ohio-5298.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E). The appellants in each case shall file a brief within 40 days of the date of these entries, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss these cases or take other action if the parties fail to timely file merit briefs.

**2012–1238.   Perkins Local School Dist. Bd. of Edn. v. Erie Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2009–K–1509.

**2013–0514.   Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–A–2823 and 2012–A–3289.

## CASE ANNOUNCEMENTS

*January 16, 2014*

[Cite as *01/16/2014 Case Announcements*, 2014-Ohio-105.]

## MOTION AND PROCEDURAL RULINGS

**2013–1010.   State v. Vanzandt.**
Hamilton App. No. C–130079, 2013-Ohio-2290. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

Upon consideration of appellee's motion to strike merit brief pursuant to S.Ct.Prac.R. 3.11(D), it is ordered by the court that the motion is denied. Appellee shall file a merit brief within 20 days of the date of this entry.

**2013–1591.   State v. Quarterman.**
Summit App. No. 26400, 2013-Ohio-3606. This cause is pending before the court as an appeal from the Court of Appeals for Summit County.

Upon consideration of appellant's motion for appointment of the office of the Ohio Public Defender as counsel, it is ordered by the court that the motion is granted and Amanda J. Powell is appointed to represent appellant.